# EXHIBIT "A"

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| 8/17/2026 | $16,738.00 (includes filing fee of $1,738) | $600.00 | $4,388 (includes filing fee of $1,738) | $11,750 |